No. 1039. Géigel, Plaintiff and Appellant, v. Succession of Juarbe, Defendant and Respondent.—Appeal from the District Court of Aguadilla. Motion of the respondent to dismiss the appeal. Decided October 20, 1913. Appeal dismissed because of failure to file the transcript of the record. Mr. *Juan B. Soto* for respondent. The appellant did not appear.

---

No. 1040. Cautiño et al., Plaintiffs and Respondents, v. Muñoz Vázquez et al., Defendants and Appellants.—Appeal from the District Court of Guayama. Motion of appellants to be allowed to withdraw the appeal. Decided October 22, 1913. Motion sustained. Mr. *José C. Ramos* for appellants. The respondents did not appear.

---

No. 105. Oyanguren, Petitioner, v. Córdova Dávila, District Judge, Respondent.—Petition for a writ of *certiorari* to the judge of the District Court of San Juan, Section 1. Decided October 24, 1913. Petition denied and writ vacated because it appears that the plaintiff withdrew his action in the court below. Mr. *Antonio Sarmiento* for petitioner. The respondent did not appear.

---

No. 183. Ex parte Fernando Vázquez, Petitioner.—Petition for the cancellation of the notarial mortgage bond executed by the petitioner on June 14, 1909. Decided November 4, 1913, by the Chief Justice sitting alone, as provided for by law. Cancellation of bond ordered. The petitioner appeared *pro se*.